1

2

3
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
4
AT TACOMA

5
JAMAL J. ELLIS,

6
                    Plaintiff,                          CASE NO. C15-5517 BHS/KLS

7
v.                                                      ORDER ADOPTING REPORT
                                                        AND RECOMMENDATION
8
ANGELA DAME, et al.,

9
                    Defendants.

10

11          This matter comes before the Court on the Report and Recommendation ("R&R")

12   of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 4. The Court

13   having considered the R&R and the remaining record, and no objections having been

14   filed, does hereby find and order as follows:

15          (1)     The R&R is **ADOPTED**; and

16          (2)     Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED.**

17   Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

18          Dated this 19th day October, 2015.

19

20                                                      _____
                                                        BENJAMIN H. SETTLE
21                                                      United States District Judge

22

ORDER